No. 76–419. VERMONT YANKEE NUCLEAR POWER CORP. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 76–528. CONSUMERS POWER CO. *v.* AESCHLIMAN ET AL. C. A. D. C. Cir. [Certiorari granted, 429 U. S. 1090.] Motion of the Attorney General of New York for leave to participate in oral argument as *amicus curiae* denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.*

No. 76–811. REGENTS OF THE UNIVERSITY OF CALIFORNIA *v.* BAKKE. Sup. Ct. Cal. [Certiorari granted, 429 U. S. 1090.] Motion of the Solicitor General for leave to file a supplemental brief after argument, as *amicus curiae,* granted.

No. 76–1359. BANKERS TRUST CO. *v.* MALLIS ET AL. C. A. 2d Cir. [Certiorari granted, 431 U. S. 928.] Motions of the Solicitor General for leave to file a brief as *amicus curiae* and to participate in oral argument as *amicus curiae* granted.

No. 77–533. HISQUIERDO *v.* HISQUIERDO. Sup. Ct. Cal. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 77–565. ERNEST *v.* SIRICA, U. S. DISTRICT JUDGE, ET AL.; and

No. 77–5256. NORMAN *v.* CHRIST, CLERK, U. S. DISTRICT COURT. Motions for leave to file petitions for writs of mandamus denied.

No. 77–653. SWISHER, STATE'S ATTORNEY FOR BALTIMORE CITY, ET AL. *v.* BRADY ET AL. Appeal from D. C. Md. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. 

---

*See also note, *supra,* p. 961.